**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **CION ADONIS PERALTA**, | No. 09-55907 |
| Plaintiff - Appellant, | D.C. No. 2:05-cv-01937-JVS-PLA |
| v. | |
| **T. C. DILLARD, Chief Dental Officer; S. BROOKS, D.D.S., Staff Dentist; J. FITTER, Chief Medical Officer**, | **ORDER** |
| Defendants - Appellees. | |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judge O'Scannlain did not participate in the deliberations or vote in this case.